IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA RIVER WATCH, a 501(c)(3), non-profit public benefit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HUMBERTO CASTANEDA, MARIA BERTHA CASTANEDA, and DOES 1–10, inclusive,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | No. C 13-01700 WHA<br><br>**ORDER SETTING HEARING RE DISCOVERY DISPUTE** |

　　　The Court **SETS** a one-and-a-half-hour meet-and-confer in the Court's jury room in the federal courthouse from **9:30 A.M.–11:00 A.M. ON WEDNESDAY, APRIL 9, 2014**. At 11:00 a.m., the Court shall hold a hearing to resolve any remaining issue(s). Plaintiff's response is due by noon on April 7. Please buzz chambers at 9:30 a.m. to be let into the jury room.

　　　Please note that only those lawyers who personally meet-and-confer in the Court's jury room may be heard at the hearing.

　　　**IT IS SO ORDERED.**

Dated: April 3, 2014.

　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE